Matter of Wilson
2026 NY Slip Op 04032
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Elizabeth Ann Wilson, an Attorney. (Attorney Registration No. 5756051)

Decided and Entered:June 25, 2026
PM-135-26
Calendar Date: June 22, 2026
Before: Garry, P.J., Aarons, Reynolds Fitzgerald, Corcoran And Ryba, JJ.

Elizabeth Ann Wilson, Washington, DC, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]
Per Curiam.
Elizabeth Ann Wilson was admitted to practice by this Court in 2020 and lists a business address in Washington, DC with the Office of Court Administration. Wilson now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wilson's application.
Upon reading Wilson's affidavit sworn to May 7, 2026 and filed May 18, 2026, upon reading the supplemental affidavit sworn to May 18, 2026, and filed May 19, 2026, and upon reading the June 17, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Wilson is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Aarons, Reynolds Fitzgerald, Corcoran and Ryba, JJ., concur.
ORDERED that Elizabeth Ann Wilson's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Elizabeth Ann Wilson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Elizabeth Ann Wilson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wilson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Elizabeth Ann Wilson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.